# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

GREGORY ALLEN DAY,

    Petitioner,

v.                                         CASE NO. 1:11cv256-MP-GRJ

M. MARTIN,

    Respondent.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 13, 2012. (Doc. 3). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This petition under 28 U.S.C. § 2254 is dismissed as duplicative.

**DONE and ORDERED** this 23rd day of February, 2012.

                                                  s/ *M. Casey Rodgers*
                                                  **M. CASEY RODGERS**
                                                  **CHIEF UNITED STATES DISTRICT JUDGE**